# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARETE POWER, INC. | SUMMONS IN A CIVIL CASE |
| v. | CASE NUMBER: |
| BEACON POWER CORPORATION | C 07 5167 |



TO: (Name and address of defendant)

BEACON POWER CORPORATION. The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael E. Dergosits, Esq.
Dergosits & Noah LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
(415) 705-6377

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

OCT - 9 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Also CMC & ADR Information<br>Service of the Summons and Complaint was made by me [1] | DATE<br>October 11, 2007 at 1:35 p.m. |
| Name of SERVER<br>Daniel Newcomb | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Service on Beacon Power Corporation was effectuated by serving Scott LaScala, Managing Agent duly authorized to accept service. Service was made at The Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $62.50 | $62.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 11, 2007
                   Date

Signature of Server
DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Address of Server
Wilmington, DE 19806   (302) 429-0657

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure