SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Defendant BEACON POWER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARETE POWER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BEACON POWER CORPORATION, <br><br> Defendant. | Case No. 07-5167 (WDB) <br><br> **STIPULATED EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

      Plaintiff Arete Power, Inc. and Defendant Beacon Power Corporation, by their counsel, hereby stipulate that Defendant shall have a thirty (30) day extension of time to November 30, 2007, to answer or otherwise respond to the Complaint of Plaintiff.

      This is the first extension of time sought or granted, and is not for the purpose of delay, but in order to give Defendant's counsel the opportunity to review the Complaint, and to prepare a response thereto.

///

///

///

///

1 | DATED: November 21, 2007

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
NEIL A. SMITH
NATHANIEL BRUNO
Attorneys for Defendant BEACON POWER CORPORATION

I concur with the request for extension.

DATED: November 20, 2007

Respectfully submitted,

DERGOSITS & NOAH LLP

By _____
MICHAEL E. DERGOSITS

Attorneys for Plaintiff ARETE POWER, INC.

W02-WEST:6NB1\400532772.1

-2-

STIPULATED EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT