SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
NEIL A. SMITH, Cal. Bar No. 63777
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
nsmith@smrh.com
nbruno@smrh.com

EDWARDS ANGELL PALMER & DODGE, LLP
Steven M. Cowley (MA Bar No. 554534) (Of Counsel)
David Conlin (MA Bar No. 094220) (Of Counsel)
Elizabeth Anderson Spinney (MA Bar No. 657848) (Of Counsel)
111 Huntington Ave.
Boston, MA 02199
Telephone (617) 239-0100
Facsimile (617) 227-4420
scowley@eapdlaw.com
dconlin@eapdlaw.com
espinney@eapdlaw.com

Attorneys for Defendant BEACON POWER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARETE POWER, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>BEACON POWER CORPORATION,<br><br>       Defendant. | Case No. C07-05167 WDB<br><br>**NOTICE OF APPEARANCE OF NEIL A. SMITH**<br><br>Honorable Wayne D. Brazil<br>United States Magistrate Judge<br><br>Complaint Filed: October 9, 2007<br>Trial Date: Not Yet Set |

-1-

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Neil A. Smith (Cal. Bar No. 63777) of Sheppard Mullin Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California 94111 is additional counsel of record for defendant Beacon Power Corporation ("Beacon Power"). This notice is specifically reserving, and without waiver, of any and all claims and defenses that Beacon Power may have in this action.

DATED: November 21, 2007

    Respectfully submitted,

    SHEPPARD MULLIN RICHTER & HAMPTON LLP

    By   /s/ Neil A. Smith
           NEIL A. SMITH
           NATHANIEL BRUNO

    Attorneys for Defendant BEACON POWER CORPORATION

-2-