| | |
|---|---|
| 1 | Neil A. Smith, Cal. Bar No. 63777 |
| 2 | Nathaniel Bruno, Cal Bar No. 228118 |
| | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 3 | Four Embarcadero Center, 17th Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone (415) 434-9100 |
| | Facsimile (415) 434-3947 |
| 5 | nsmith@smrh.com |
| | nbruno@smrh.com |

6  Steven M. Cowley (MA Bar No. 554534) (Of Counsel)
7  David G. Conlin (MA Bar No. 094220) (Of Counsel)
   Elizabeth Anderson Spinney (MA Bar No. 657848) (Of Counsel)
8  EDWARDS ANGELL PALMER & DODGE, LLP
   111 Huntington Ave.
9  Boston, MA 02199
   Telephone (617) 239-0100
10 Facsimile (617) 227-4420
   scowley@eapdlaw.com
11 dconlin@eapdlaw.com
   espinney@eapdlaw.com

12

13 Attorneys for Defendant Beacon Power Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ARETE POWER, INC., | Case No. 07-5167 (WDB) |
| Plaintiff, | **DEFENDANT'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE** |
| vs. | Hearing: February 6, 2008, 1:30 p.m. |
| BEACON POWER CORPORATION, | Courtroom: Judge Wayne D. Brazil, Oakland, CA |
| Defendant. | |

Defendant Beacon Power Corporation ("Beacon"), by and through its attorneys, hereby moves to transfer venue to the Massachusetts District Court pursuant to 28 U.S.C. § 1404(a). Beacon is entitled to a transfer of venue to the District of Massachusetts under 28 U.S.C. § 1404(a) because the District of Massachusetts is a proper and more appropriate venue for this patent suit involving a Nevada corporation and a Massachusetts corporation, the parties and the witnesses, including several third-party witnesses, would be extremely inconvenienced by

1  conducting this case in the Northern District of California, and the current forum has no
2  substantial interest in or connection to this litigation.
3      For these reasons, as further illustrated in the attached Memorandum of Points and
4  Authorities, this Court should grant Defendant's Motion to Transfer Venue.
5
6  Dated: November 30, 2007        BEACON POWER CORPORATION
7             By its attorneys,
8
9             /s/ Neil A. Smith
              Neil A. Smith, Cal. Bar No. 63777
10            Nathaniel Bruno, Cal Bar No. 228118
              SHEPPARD MULLIN RICHTER & HAMPTON LLP
11            Four Embarcadero Center, 17th Floor
              San Francisco, CA 94111
12            Telephone (415) 434-9100
              Facsimile (415) 434-3947
13            nsmith@smrh.com
              nbruno@smrh.com
14
15            Steven M. Cowley (MA Bar No. 554534) (Of Counsel)
              David G. Conlin (MA Bar No. 094220) (Of Counsel)
16            Elizabeth A. Spinney (MA Bar No. 657848) (Of Counsel)
              EDWARDS ANGELL PALMER & DODGE, LLP
17            111 Huntington Ave.
              Boston, MA 02199
18            Telephone (617) 239-0100
19            Facsimile (617) 227-4420
              scowley@eapdlaw.com
20            dconlin@eapdlaw.com
21            espinney@eapdlaw.com
22
23
24
25
26
27
28

W02-WEST:5NAS1\400592097.1      -2-
Case No. 07-5167 (WDB)      DEFENDANT'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE