Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
nsmith@smrh.com
nbnruno@smrh.com

Steven M. Cowley (MA Bar No. 554534) (Of Counsel)
David G. Conlin (MA Bar No. 094220) (Of Counsel)
Elizabeth Anderson Spinney (MA Bar No. 657848) (Of Counsel)
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Ave.
Boston, MA 02199
Telephone (617) 239-0100
Facsimile (617) 227-4420
scowley@eapdlaw.com
dconlin@eapdlaw.com
espinney@eapdlaw.com

Attorneys for Defendant Beacon Power Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ARETE POWER, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>BEACON POWER CORPORATION,<br><br>        Defendant. | Case No. 07-5167 (WDB)<br><br>**DECLARATION OF RICHARD HOCKNEY** |

I, Richard Hockney, state as follows:

1.   I am the Chief Engineer for Beacon Power Corporation ("Beacon") and have been employed by Beacon since it came into existence in 1997. I am generally familiar with the development, engineering, marketing and sales of Beacon's products as well as the knowledge, experience and location of Beacon current and former employees, and have reviewed or otherwise have knowledge of Beacon's records of documents.

2. I have reviewed the Complaint filed by Arete Power, Inc. ("Arete") and Arete's asserted U.S. Patent No. 6,710,489 (the "'489 Patent").

3. I make this Declaration in support of Defendant's Motion to Transfer Venue.

4. Beacon's BHE-6, Smart Energy 25 flywheel energy storage systems and its Smart Energy Matrix multi-flywheel energy storage system that Arete accuses of infringing its '489 Patent (the "Accused Products") are flywheel energy storage systems that store energy in magnetically-supported high speed spinning flywheels.

5. Beginning in September 1998, Beacon began shipping certain flywheel energy storage system (FESS) units to various locations for use in the telecommunications industry (the "TelCom Units"). All of these TelCom Units were shipped before the '489 Patent issued. The technology in the Beacon products that Arete claims infringe the '489 Patent was embodied in these TelCom Units that Beacon was producing before the '489 Patent issued.

6. In September 2005, Beacon shipped a system including an array of seven FESS units (Accused Products) to San Ramon, California to the Commission for Environmental Cooperation ("CEC") to demonstrate the system's use in frequency regulation. That system or array of FESS units (the "CEC array") was shut down on December 22, 2006, and the system was returned to Beacon on May 10, 2007.

7. In March 2006, Beacon shipped a similar system including an array of seven FESS units (Accused Products) for demonstrating frequency regulation to Amsterdam, New York to the New York State Energy Research and Development Authority ("NYSERDA"). That system or array of FESS units (the "NYSERDA array") was shut down on March 6, 2007.

8. Beacon designs, develops, and manufactures the Accused Products in Massachusetts.

9. None of the witnesses Beacon expects to call reside in the Northern District of California.

10. Beacon's engineering personnel include a former employee who is now a third-party witness Norman Brackett ("Brackett"), and current employee Richard Hockney ("Hockney"), both reside in Massachusetts. Omar Kabir ("Kabir"), another former employee and third-party witness, resides, according to Beacon's records of his last known address, in New York.

11.     Kabir, Brackett, and Hockney would provide testimony regarding the design, development, function and operation of Beacon's flywheel energy storage systems, including Beacon's BHE-6, Smart Energy 25 flywheel energy storage systems, and Smart Energy Matrix multi-flywheel energy storage system (Accused Products).

12.     Specifically, based on my knowledge as Beacon's Chief Engineer and having worked with them for several years, Kabir and Brackett are most familiar with the state of the art of dampening systems at the time that the application for the '489 Patent (including the relevant provisional application) was filed. Kabir and Brackett also are witnesses to the origin and design of TelCom Units and how that technology relates to the technology embodied in the CEC and NYSERDA Arrays as well as to the '489 Patent. As such, Kabir and Brackett's testimony will illustrate how the technology in the Beacon products that Arete claims infringe the '489 Patent was embodied in the TelCom Units that Beacon was producing before the '489 Patent issued, in support of Beacon's invalidity counterclaim.

13.     I am Beacon's Chief Engineer and the lead inventor on U.S. Patent No. 6,262,505 (the "'505 Patent"), which was cited as prior art to the '489 Patent. I have a general familiarity of all Beacon products and I am familiar with the design and development of the Accused Products.

14.     Two additional current Beacon employees residing in Massachusetts, James Arseneaux ("Arseneaux") and Mark Manganelli ("Manganelli"), based on my knowledge of having worked with them for several years, possess information relating to management and accounting regarding the CEC array and the NYSERDA array. Specifically, Arseneaux was the Project Manager for those installations and has a general knowledge of the design and construction of the frequency regulation arrays. Arseneaux is also familiar with the engineering, design and development of the Accused Products as well as their use in the system of the CEC and NYSERDA Arrays. Manganelli possesses knowledge of the accounting for both projects.

15.     Beacon also expects that former and current Beacon employees will testify regarding meetings in Massachusetts and other dealings between Christopher Gabrys ("Gabrys"), currently the President of Arete, and Beacon, during which Gabrys was exposed to information regarding

Beacon's TelCom Units before the Application was filed. Those witnesses include third-party witness Michael Favaloro (a former Beacon employee) and current Beacon employee Ward Spears, both of whom reside in Massachusetts. Another witness to the Gabrys/Beacon interactions during that time period is third-party witness and former Beacon employee, Sharad Moghe ("Moghe"), who resides, according to Beacon's records of his last known address, in Ohio. Only one possible witness on this issue, former Beacon employee David Hezzell, resides, according to publicly available records, in California, but in Newbury Park, California—far outside the Northern District of California.

16. Another third-party witness Harvey Wilkinson ("Wilkinson"), a former Beacon employee, resides, according to Beacon's records of his last known address, in Massachusetts and Beacon expects he is necessary to provide important testimony regarding the marketing of Beacon's TelCom Units.

17. Beacon expects that its current employee Matthew Lazarewicz ("Lazarewicz"), a Massachusetts resident, will provide necessary testimony regarding the marketing and sales of the CEC and NYSERDA, or frequency regulation, arrays.

18. While Beacon's witnesses including Brackett, Hockney, Arseneaux, Manganelli, Lazarewicz, and Moghe, have expressed a reluctant willingness to be present at trial if necessary, their availability would be severely limited, and their lives significantly interrupted, due to the long travel distance involved. Although I cannot speak for the availability of third-party witnesses, at least two third-party witnesses, Brackett and Wilkinson, have informed Beacon that they would be available only at limited times due to work unavoidable obligations and the amount of time required for travel if the matter remained in California.

19. Beacon's records regarding the design, manufacture, use, and transfer of the Accused Products, as well as the "prior art" Beacon patents, are all located in Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

1 | Executed in Tyngsboro, Massachusetts on November 30, 2007.

2

3 |             /s/ Richard Hockney
            Richard Hockney