Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
nsmith@smrh.com
nbruno@smrh.com

Steven M. Cowley (MA Bar No. 554534) (Of Counsel)
David G. Conlin (MA Bar No. 094220) (Of Counsel)
Elizabeth Anderson Spinney (MA Bar No. 657848) (Of Counsel)
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Ave.
Boston, MA 02199
Telephone (617) 239-0100
Facsimile (617) 227-4420
scowley@eapdlaw.com
dconlin@eapdlaw.com
espinney@eapdlaw.com

Attorneys for Defendant Beacon Power Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARETE POWER, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BEACON POWER CORPORATION,<br><br>Defendant. | Case No. 07-5167(WDB)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE<br><br>Hearing: February 6, 2008, 1:30 p.m.<br><br>**Courtroom: Judge Wayne D. Brazil, Oakland, CA** |

1
2
3
4
5
6       This matter is before the Court on Defendant Beacon Power Corporation's ("Beacon") Motion to Transfer Venue. Having reviewed Beacon's Motion, supporting Memorandum of Points and Authorities, and Beacon's supporting Declaration of Richard Hockney, the Court hereby GRANTS Beacon's Motion to Transfer Venue to the United States District Court of Massachusetts.

    IT IS SO ORDERED

Date: _____  _____
                                                                    Magistrate Judge Wayne D. Brazil