Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
E-mail:   nsmith@smrh.com
E-mail:   nbruno@smrh.com

Steven M. Cowley (MA Bar No. 554534) (Of Counsel)
David G. Conlin (MA Bar No. 094220) (Of Counsel)
Elizabeth Anderson Spinney (MA Bar No. 657848) (Of Counsel)
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Ave.
Boston, MA 02199
Telephone (617) 239-0100
Facsimile (617) 227-4420
E-mail:   scowley@eapdlaw.com
E-mail:   dconlin@eapdlaw.com
E-mail:   espinney@eapdlaw.com

Attorneys for Defendant Beacon Power Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ARETE POWER, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>BEACON POWER CORPORATION,<br><br>            Defendant. | **Case No. 07-5167-WDB**<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE`<br><br><br>Honorable Wayne D. Brazil<br>United States Magistrate Judge<br><br>Complaint Filed: October 9, 2007<br>Trial Date: Not Yet Set |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the

Federal Circuit.

Dated: December 7, 2007                BEACON POWER CORPORATION


      /s/ Neil A. Smith
-----------------------------------------
Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
E-mail:       nsmith@smrh.com
E-mail:       nbruno@smrh.com

Steven M. Cowley (MA Bar No. 554534) (Of Counsel)
David G. Conlin (MA Bar No. 094220) (Of Counsel)
Elizabeth A. Spinney (MA Bar No. 657848) (Of Counsel)
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Ave.
Boston, MA 02199
Telephone (617) 239-0100
Facsimile (617) 227-4420
E-mail:       scowley@eapdlaw.com
E-mail:       dconlin@eapdlaw.com
E-mail:       espinney@eapdlaw.com