1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARETE POWER, INC. .

                  Plaintiff,

     v.

BEACON POWER CORPORATION

                Defendant.

_____/

No. C 07-5167 WDB

NOTICE RESCHEDULING CASE
MANAGEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

     You are hereby notified that the Initial Case Management Conference currently scheduled for January 15, 2008, is continued to **February 6, 2008, at 1:30 p.m.** <u>Lead</u> trial counsel for each party must participate in the case management conference. **No later than seven court days** prior to the case management conference, the parties must meet and confer and file a joint case management conference statement.

Dated:  December 14, 2007

                                  Richard W. Wieking, Clerk
                                  United States District Court

*Sarah Weinstein*

                                By:   Sarah Weinstein
                                          Law Clerk/Deputy Clerk

Copies to:
     All parties,
     WDB, Stats