MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383
Email: mdergosits@dergnoah.com
Email: tjoe@dergnoah.com

Edward W. Goldstein (TX Bar No. 08099500) (Of Counsel)
Michael J. Collins (TX Bar No. 04614510) (Of Counsel)
Jody M. Goldstein (TX Bar No. 24002153) (Of Counsel)
**Goldstein, Faucett & Prebeg, LLP**
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile
E-mail: egoldstein@gfpiplaw.com
E-mail: mcollins@gfpiplaw.com
E-mail: jgoldstein@gfpiplaw.com

Attorneys for Plaintiff Arete Power, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ARETE POWER, INC., | Case No. 07-5167 (WDB) |
| Plaintiff, | **PLAINTIFF ARETE POWER, INC.'S REPLY TO THE COUNTERCLAIM OF DEFENDANT BEACON POWER CORPORATION** |
| vs. | |
| BEACON POWER CORPORATION | **DEMAND FOR A JURY TRIAL** |
| Defendant. | |

Plaintiff Arete Power, Inc. ("Arete") files this reply to the counterclaim of Defendant Beacon Power Corporation ("Beacon") set forth in the Beacon's Answer, Affirmative Defenses and Counterclaim ("Beacon's Counterclaim").

1. Paragraphs 1 through 18 of Beacon's Answer, Affirmative Defenses and Counterclaim set forth Beacon's answer and affirmative defenses; thus no response is required.

1

## COUNTERCLAIM FOR A DECLARATION OF INVALIDITY OF THE '489 PATENT

2. The allegations in paragraph 19 of Beacon's Counterclaim are legal conclusions to which no response is required.

3. The allegations in paragraph 20 of Beacon's Counterclaim are legal conclusions to which no response is required.

4. In responding to the allegations of paragraph 21 of Beacon's Counterclaim, Arete admits that it has sued Beacon in this District over the same patent at issue in Beacon's Counterclaim. The remainder of the allegations of paragraph 21 of Beacon's Counterclaim are legal conclusions to which no response is required.

5. The allegations in paragraph 22 of Beacon's Counterclaim are legal conclusions to which no response is required.

6. Arete admits the allegations in paragraph 23 of Beacon's Counterclaim.

7. Arete denies the allegations in paragraph 24 of Beacon's Counterclaim.

8. Arete states that subparagraphs (a) through (e) under the heading "Prayer for Relief" on page 4 of Beacon's Counterclaim contain only prayers for relief to which no responses are required. To the extent that these prayers for relief can be construed as containing factual allegations, Arete denies that Beacon is entitled to any of the relief requested therein.

Dated: December 20, 2007

DERGOSITS & NOAH LLP

/s/
By: Michael E. Dergosits
Attorney for Plaintiff Arete Power, Inc.

Edward W. Goldstein (Of Counsel)
Texas Bar No. 08099500
Michael J. Collins (Of Counsel)
Texas Bar No. 04614510
Jody M. Goldstein (Of Counsel)
Texas Bar No. 24002153
**Goldstein, Faucett & Prebeg, LLP**
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile

## DEMAND FOR JURY TRIAL

Arete requests a trial by jury on the counterclaim.

Dated: December 20, 2007

DERGOSITS & NOAH LLP

/s/
By: Michael E. Dergosits
    Attorney for Plaintiff Arete Power, Inc.

Edward W. Goldstein (Of Counsel)
Texas Bar No. 08099500
Michael J. Collins (Of Counsel)
Texas Bar No. 04614510
Jody M. Goldstein (Of Counsel)
Texas Bar No. 24002153
**Goldstein, Faucett & Prebeg, LLP**
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on December 20, 2007.

Dated: December 20, 2007                           DERGOSITS & NOAH LLP

                                                   _____/s/_____
                                                   By:  Michael E. Dergosits
                                                        Attorney for Plaintiff Arete Power, Inc.

                                                   Edward W. Goldstein (Of Counsel)
                                                   Texas Bar No. 08099500
                                                   Michael J. Collins (Of Counsel)
                                                   Texas Bar No. 04614510
                                                   Jody M. Goldstein (Of Counsel)
                                                   Texas Bar No. 24002153
                                                   **Goldstein, Faucett & Prebeg, LLP**
                                                   1177 West Loop South, Suite 400
                                                   Houston, Texas 77027
                                                   (713) 877-1515 – Telephone
                                                   (713) 877-1737 – Facsimile