UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Arete Power, Inc.

            Plaintiff(s),

v.

Beacon Power Corporation

            Defendant(s).
_____/

Case No. 4:07-cv-05167-WDB

ADR CERTIFICATION BY PARTIES AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/21/2007

                                          Christopher Gabrys /s/
                                          [Party]

Dated: 12/21/2007

                                          Michael J. Collins /s/
                                          [Counsel]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on December 24, 2007.

Dated: December 24, 2007                    DERGOSITS & NOAH LLP

                                            _____/s/_____
                                            By: Michael E. Dergosits
                                                Attorney for Plaintiff Arete Power, Inc.

                                            Edward W. Goldstein (Of Counsel)
                                            Texas Bar No. 08099500
                                            Michael J. Collins (Of Counsel)
                                            Texas Bar No. 04614510
                                            Jody M. Goldstein (Of Counsel)
                                            Texas Bar No. 24002153
                                            **Goldstein, Faucett & Prebeg, LLP**
                                            1177 West Loop South, Suite 400
                                            Houston, Texas 77027
                                            (713) 877-1515 – Telephone
                                            (713) 877-1737 – Facsimile
                                            E-mail: egoldstein@gfpiplaw.com
                                            E-mail: mcollins@gfpiplaw.com
                                            E-mail: jgoldstein@gfpiplaw.com