UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARETE POWER, INC.

                CASE NO. 4:07-cv-05167-WDB

      Plaintiff(s),

      v.                              NOTICE OF NEED FOR ADR PHONE

BEACON POWER CORPORATION        CONFERENCE

      Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 6, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michael J. Collins | Plaintiff Arete Power | 713-877-1515 | mcollins@gfpiplaw.com |
| Michael E. Dergosits | Plaintiff Arete Power | 415-705-6377 | mdergosits@dergnoah.com |
| Steven M. Cowley | Defendant Beacon Power | 617-951-2283 | scowley@eapdlaw.com |
| Neil A. Smith | Defendant Beacon Power | 415-774-3239 | nsmith@sheppardmullin.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 12/26/07                                              /s/ Michael E. Dergosits
                                                       Attorney for Plaintiff

Dated: 12/26/07                                            /s/ Nathaniel Bruno
                                                       Attorney for Defendant

Rev 1.05

As the attorney e-filing this document, I hereby attest that Michael E. Dergosits has concurred in this filing. /s/ Nathaniel Bruno