UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARETE POWER, INC.,

      Plaintiff,

v.

BEACON POWER CORPORATION,

      Defendant.

_____/

Case No. 07-5167 (WDB)

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 4, 2008

                                                     /s/
                                         F. William Capp
                                         Beacon Power Corporation

Dated: January 4, 2008

                                                     /s/
                                         Nathaniel Bruno
                                         Sheppard Mullin Richter & Hampton LLP
                                         Attorney for Beacon Power Corporation

As the attorney e-filing this document, and pursuant to General Order No. 45, I attest F. William Capp has concurred in this filing.  /s/ Nathaniel Bruno

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."