Clerk's Use Only

Initial for fee pd.:

Elizabeth Anderson Spinney
111 Huntington Ave.
Boston, MA 02199
617.239.0100

FILED

2008 JAN 15 PM 3: 49

CLERK ... KING
CLERK, U.S. DISTRICT COURT
NORTHERN ... ICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Arete Power, Inc.

Plaintiff(s),

v.

Beacon Power Corporation

Defendant(s).

CASE NO. 07-5167-WDB

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3,    Elizabeth Anderson Spinney    , an active member in

good standing of the bar of  the Supreme Judicial Court of Massachusetts    , hereby applies

for admission to practice in the Northern District of California on a pro hac vice basis

representing  Beacon Power Corporation    in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution

programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

maintains an office within the State of California has been designated as co-

counsel in the above-entitled action.  The name, address and telephone number of

that attorney is:

Neil A. Smith  (Sheppard Mullin Richter & Hampton LLP)  415.434.9100
Four Embarcadero Center  17th Floor  San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01-11-2008

*Elizabeth Anderson Spinney*
Elizabeth Anderson Spinney