Clerk's Use Only

Initial for fee pd.:

David G. Conlin
111 Huntington Ave.
Boston, MA 02199
617.239.0100

FILED

2008 JAN 15 PM 3:51

R. WICKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Arete Power, Inc.

              Plaintiff(s),

     v.

Beacon Power Corporation

              Defendant(s).

CASE NO. 07-5167-WDB

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, David G. Conlin, an active member in good standing of the bar of the Supreme Judicial Court of Massachusetts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Beacon Power Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Neil A. Smith (Sheppard Mullin Richter & Hampton LLP) 415.434.9100
    Four Embarcadero Center 17th Floor San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01-11-2008

David G. Conlin