1  MICHAEL E. DERGOSITS (State Bar No. 118206)
   TEDDY K. JOE (State Bar No. 242589)
2  DERGOSITS & NOAH, L.L.P.
   Four Embarcadero Center, Suite 1450
3  San Francisco, CA 94111
   Telephone: (415) 705-6377
4  Facsimile: (415) 750-6383
   Email: mdergosits@dergnoah.com
5  Email: tjoe@dergnoah.com

6  Edward W. Goldstein (TX Bar No. 08099500) (Of Counsel)
   Michael J. Collins (TX Bar No. 04614510) (Of Counsel)
7  Jody M. Goldstein (TX Bar No. 24002153) (Of Counsel)
   **Goldstein, Faucett & Prebeg, LLP**
8  1177 West Loop South, Suite 400
   Houston, Texas 77027
9  (713) 877-1515 – Telephone
   (713) 877-1737 – Facsimile
10 E-mail: egoldstein@gfpiplaw.com
   E-mail: mcollins@gfpiplaw.com
11 E-mail: jgoldstein@gfpiplaw.com

12 Attorneys for Plaintiff Arete Power, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ARETE POWER, INC., | Case No. 07-5167 (WDB) |
| Plaintiff, | |
| vs. | **DECLARATION OF CHRISTOPHER GABRYS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE** |
| BEACON POWER CORPORATION | |
| Defendant. | |
| | Hearing: February 6, 2008, 1:30 p.m. Courtroom: Judge Wayne D. Brazil, Oakland, California |

I, Christopher W. Gabrys, declare as follows:

1. I am over 18 years of age and otherwise competent to make this declaration.

2. I make this declaration in support of Arete Power, Inc.'s Brief in Opposition to Defendant's Motion to Transfer Venue. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3. I am President and Chief Executive Officer of Arete Power, Inc. ("Arete").

4. I currently reside in Reno, Nevada, where Arete has its principal place of business.

5. Arete is the owner through assignment of United States Patent No. 6,710,489 (the "patent-in-suit").

6. I am the sole named inventor listed on the patent-in-suit.

7. I conceived of the invention described and claimed in the patent-in-suit and was responsible for reducing it to practice by developing and constructing a working prototype.

8. I am also the person within Arete most knowledgeable about the Flywheel Energy Storage System ("FESS") technology embodied in the patent-in-suit and the meaning of the patent claims.

9. I would also be the person within Arete who would be most knowledgeable about any disclosures of or offers to sell the invention to third parties prior to the date of the application for the patent-in-suit.

10. All of the business records of Arete are located in Reno, including all documents related to the conception and reduction to practice of the invention of the patent-in-suit, the development of Arete's FESS technology, public and private disclosure of such technology to third parties, and prosecution of the patent-in-suit.

11. In early spring of 2007, I became aware that Beacon had shipped a system incorporating an array of Flywheel Energy Storage Systems ("FESS's") to San Ramon, California where it was installed in a frequency regulation demonstration project for the Commission for Environmental Cooperation ("CEC").

12. Based on my review of publicly available documents and information on Beacon's website, I formed a belief that the FESS's installed by Beacon for the CEC project in San Ramon infringed the patent-in-suit.

13. At some later date, but prior to filing the above-captioned patent infringement action, I became aware that Beacon had shipped a similar system of FESS's to Amsterdam, New York where they were installed in another frequency regulation project – this time for the New York State Energy Research and Development Authority ("NYSERDA").

14. Based on my review of publicly available documents and information on Beacon's website, I formed a belief that the FESS's installed by Beacon in Amsterdam for the NYSERDA project also infringed the patent-in-suit.

15. At the time that Arete filed the above-captioned patent infringement action, I was not aware of any instances, other than the installations at San Ramon, California and Amsterdam, New York, where Beacon had made, used, sold or offered to sell FESS's that embodied all of the elements of a claim of the patent-in-suit.

16. Based on a search that I conducted online on Google maps, the United States District Courthouse in Oakland, California is approximately 222 miles by automobile from Arete's office in Reno, Nevada.

17. According to a search I conducted on Google maps and based on my personal experience, it takes about three and one-half hours to drive between Reno and Oakland by way of Interstate 80, depending upon traffic conditions.

18. According to a search that I performed on Travelocity.com, non-stop flights are available between Reno and Oakland and take approximately 50 minutes.

19. Given the distance and time required, it would be relatively convenient for me to attend hearings and trial in Oakland.

20. It would also be relatively simple to transport Arete's business records from Reno to the Courthouse in Oakland by automobile.

21. According to my search on Google maps, Boston, Massachusetts is more than 2500 miles from Arete's Reno office.

22. A search I performed on Travelocity.com failed to locate any direct flights between Reno and Boston.

23. Timothy Rodgers is Secretary-Treasurer and Chief Operating Officer of Arete.

24. Mr. Rodgers is the person most knowledgeable about the chain of ownership of the patent-in-suit.

25. Mr. Rodgers resides in Santa Barbara, California.

26. According to a search I conducted on Google maps, his residence is approximately 330 miles and a five hour and twenty minute drive from the courthouse in Oakland.

27. According to a search I performed on Travelocity.com, non-stop flights are available for travel between Santa Barbara and San Francisco and take approximately one hour and ten minutes.

28. Mr. Rodgers has advised me that it would be relatively convenient for him to attend trial in Oakland.

29. According to my search on Google maps, Mr. Rodgers' residence in Santa Barbara is more than 2500 miles from Boston.

30. A search I performed on Travelocity.com failed to locate any non-stop flights operating between Santa Barbara and Boston.

31. J. Michael Neary, the attorney who prosecuted the patent-in-suit, resides in LaPine, Oregon.

32. According to a search that I performed on Google maps, LaPine is approximately 456 miles from Oakland and the driving time between La Pine and Oakland is approximately seven hours and twenty minutes.

33. A search I performed on Travelocity.com indicates that non-stop flights between nearby Eugene, Oregon and San Francisco are available and take approximately one hour and thirty minutes.

34. According to my search on Google maps, La Pine is more than 2500 miles from Boston.

35. A search I performed on Travelocity.com failed to locate any non-stop flights operating between Eugene, Oregon and Boston.

36. Mr. Neary has indicated to me that he would likely be available to testify at trial in Oakland but not in Boston.

37. I recall two meetings that I have had in Massachusetts with Beacon.

38. These meetings occurred before I became employed by Arete and before I filed the application that resulted in the patent-in-suit.

39. The meetings were held to discuss composite flywheel manufacturing, not the hybrid bearing systems claimed in the patent-in-suit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2008, at Reno, Nevada.

_____
CHRISTOPHER W. GABRYS

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on January 16, 2008.

Dated: January 16, 2008                                        DERGOSITS & NOAH LLP


                                                                    /s/
By: Michael E. Dergosits
     Attorney for Plaintiff Arete Power, Inc.

Edward W. Goldstein (Of Counsel)
Texas Bar No. 08099500
Michael J. Collins (Of Counsel)
Texas Bar No. 04614510
Jody M. Goldstein (Of Counsel)
Texas Bar No. 24002153
**Goldstein, Faucett & Prebeg, LLP**
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile
E-mail: egoldstein@gfpiplaw.com
E-mail: mcollins@gfpiplaw.com
E-mail: jgoldstein@gfpiplaw.com