Michael J. Collins, Goldstein, Faucett & Prebeg, LLP, 1177 West Loop South, Suite 400, Houston, TX 77027; Tel: 713-877-1515;

Clerk's Use Only
Initial for fee pd.:

FILED
2008 JAN 16 PM 3: 51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ARETE POWER, INC.

Plaintiff(s),

v.

BEACON POWER CORPORATION

Defendant(s).

CASE NO. C-07-5167 WDB

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Michael J. Collins, an active member in good standing of the bar of the State of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff ARETE POWER, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael E. Dergosits, Dergosits & Noah LLP, Four Embarcadero Center, Suite 1450, San Francisco, California 94111; 415-705-6377

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 16, 2008

*Michael G. Collins*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Civil L. R. 5-6 on January 16, 2008.

Dated: January 16, 2008                    DERGOSITS & NOAH LLP

                                           /s/
                                           By:  Michael E. Dergosits
                                                Attorney for Plaintiff Arete Power, Inc.

Edward W. Goldstein (Of Counsel)
Texas Bar No. 08099500
Michael J. Collins (Of Counsel)
Texas Bar No. 04614510
Jody M. Goldstein (Of Counsel)
Texas Bar No. 24002153
**Goldstein, Faucett & Prebeg, LLP**
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile
E-mail: egoldstein@gfpiplaw.com
E-mail: mcollins@gfpiplaw.com
E-mail: jgoldstein@gfpiplaw.com