RECEIVED
JAN 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

Arete Power, Inc.,

                    Plaintiff(s),

v.

Beacon Power Corporation

                    Defendant(s).

CASE NO. 07-5167-WDB

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Elizabeth Anderson Spinney, an active member in good standing of the bar of the Supreme Judicial Court of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

111 Huntington Ave.
Boston, MA 02199
617.239.0100

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Beacon Power Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/15/08

                                                  /s/ Wayne D. Brazil
                                                  United States Magistrate Judge Brazil

UNITED STATES DISTRICT COURT
For the Northern District of California