RECEIVED

JAN 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

Northern District of California

Arete Power, Inc.,

                           Plaintiff(s),

      v.

Beacon Power Corporation

                       Defendant(s).
_____/

**CASE NO.  07-5167-WDB**

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

    David G. Conlin                  , an active member in good standing of the bar of

the Supreme Judicial Court of Massachusetts       whose business address and telephone number

(particular court to which applicant is admitted)

is

    111 Huntington Ave.
    Boston, MA 02199
    617.239.0100

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing        Beacon Power Corporation

    IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/15/08

                                                United States Magistrate Judge Brazil

UNITED STATES DISTRICT COURT
For the Northern District of California