RECEIVED

JAN 1 6 2008    UNITED STATES DISTRICT COURT

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT     Northern District of California
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ARETE POWER, INC.

CASE NO. C-07-5167 WDB

Plaintiff(s),

v.

BEACON POWER CORPORATION

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Defendant(s).

Edward W. Goldstein, an active member in good standing of the bar of State of Texas whose business address and telephone number (particular court to which applicant is admitted) is

Goldstein, Faucett & Prebeg, LLP, 1177 West Loop South, Suite 400, Houston, TX 77027; Tel: 713-877-1515; Fax: 713-877-1737, email: egoldstein@gfpiplaw.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff ARETE POWER, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/16/08

Wayne D. Brazil
United States Magistrate Judge