RECEIVED
JAN 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

ARETE POWER, INC.

CASE NO. C-07-5167 WDB

Plaintiff(s),

v.

BEACON POWER CORPORATION

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael J. Collins                   , an active member in good standing of the bar of
State of Texas                                   whose business address and telephone number
(particular court to which applicant is admitted)
is
Goldstein, Faucett & Prebeg, LLP, 1177 West Loop South, Suite 400, Houston, TX 77027; Tel: 713-877-1515; Fax: 713-877-1737, email: mcollins@gfpiplaw.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff ARETE POWER, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/17/08

Wayne D. Brazil
United States Magistrate Judge