Steven M. Cowley (MA Bar No. 554534) (pro hac vice)
David G. Conlin (MA Bar No. 094220) (pro hac vice)
Elizabeth Anderson Spinney (MA Bar No. 657848) (pro hac vice)
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Ave.
Boston, MA 02199
Telephone (617) 239-0100
Facsimile (617) 227-4420
scowley@eapdlaw.com
dconlin@eapdlaw.com
espinney@eapdlaw.com

Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
nsmith@smrh.com
nbnruno@smrh.com

Attorneys for Defendant Beacon Power Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ARETE POWER, INC.,<br><br>         Plaintiff,<br><br>vs.<br><br>BEACON POWER CORPORATION,<br><br>         Defendant. | **Case No. 07-5167 (WDB)**<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

1   TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2   PLEASE TAKE NOTICE that Gail Elise Abbey (gabbey@eapdlaw.com) of Edwards, Angell,

3   Palmer & Dodge LLP hereby enters her appearance on behalf of defendant Beacon Power

4   Corporation in *Arete Power, Inc. v. Beacon Power Corporation*, No. 07-5167 (N.D. Cal.), and

5   requests that all pleadings, notices, orders, correspondence, and other papers in connection with

6   this action be served upon her at the email address listed above.

7   DATED:  January 23, 2008               EDWARDS ANGELL PALMER & DODGE, LLP

8

9                                          /s/ Gail Elise Abbey

10                                         _____
                                           Gail Elise Abbey, Cal. Bar No. 248702
11                                         EDWARDS ANGELL PALMER & DODGE, LLP
                                           111 Huntington Ave.
12                                         Boston, MA 02199
                                           Telephone (617) 239-0100
13                                         Facsimile (617) 227-4420
                                           gabbey@eapdlaw.com
14

15                                         Steven M. Cowley (MA Bar No. 554534) (pro hac vice)
                                           David G. Conlin (MA Bar No. 094220) (pro hac vice)
16                                         Elizabeth A. Spinney (MA Bar No. 657848) (pro hac vice)
                                           EDWARDS ANGELL PALMER & DODGE, LLP
17                                         111 Huntington Ave.
                                           Boston, MA 02199
18                                         Telephone (617) 239-0100
                                           Facsimile (617) 227-4420
19
                                           Neil A. Smith, Cal. Bar No. 63777
20                                         Nathaniel Bruno, Cal. Bar No. 228118
                                           SHEPPARD MULLIN RICHTER & HAMPTON LLP
21                                         Four Embarcadero Center, 17th Floor
                                           San Francisco, CA 94111
22                                         Telephone (415) 434-9100
                                           Facsimile (415) 434-3947
23

24                                         Attorneys for Defendant

25

26

27

28