Steven M. Cowley (MA Bar No. 554534) (pro hac vice)
David G. Conlin (MA Bar No. 094220) (pro hac vice)
Elizabeth Anderson Spinney (MA Bar No. 657848) (pro hac vice)
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Ave.
Boston, MA 02199
Telephone (617) 239-0100
Facsimile (617) 227-4420
scowley@eapdlaw.com
dconlin@eapdlaw.com
espinney@eapdlaw.com

Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
nsmith@smrh.com
nbruno@smrh.com

Attorneys for Defendant Beacon Power Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ARETE POWER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BEACON POWER CORPORATION, <br><br> Defendant. | **Case No. 07-5167 (WDB)** <br><br> **SECOND DECLARATION OF RICHARD HOCKNEY** |

I, Richard Hockney, state as follows:

1. I am the Chief Engineer for Beacon Power Corporation ("Beacon") and have been employed by Beacon since it came into existence in 1997. I am generally familiar with the knowledge, experience and location of Beacon current and former employees, and have reviewed or otherwise have knowledge of Beacon's records of documents.

2.   I make this Declaration in support of Defendant's Reply to Plaintiff's Opposition to the Motion to Transfer Venue.

3.   The array of seven flywheel energy storage system (FESS) units that Beacon shipped to the to the Commission for Environmental Cooperation ("CEC") in San Ramon, California (the "CEC Array") was shut down on December 22, 2006, was returned to Beacon on May 10, 2007, and remains in Massachusetts to this day.

4.   Before the CEC Array left Massachusetts, the FESS units were vacuum-sealed in thick steel containers, as illustrated in Fig. 1 below, and were maintained that way the entire time they were in California. In fact, the FESS units can only operate as long as they remain in such a vacuum.



**Container of FESS Unit**

**Fig. 1**

5.   The CEC Array was not sold to the CEC, but was shipped to San Ramon for demonstration purposes.

6.   Omar Kabir ("Kabir") is most familiar with the engineering of the dampening systems, which is a significant part of the technology of FESS units that Beacon shipped to various locations for use in the telecommunications industry before U.S. Patent No. 6,710,489 (the "'489 Patent) issued ("TelCom Units"). Kabir is also generally knowledgeable regarding

1  other aspects of the technology embodied in the TelCom Units.  Kabir is also familiar with the
2  state of the art of that technology as of the time the `489 Patent application was filed.

3      7.    Norman Brackett's ("Brackett") expertise lies in the structure and use of the
4  dampening systems embodied in the FESS units and the related issue of transferring heat out of
5  the systems.  Brackett is most knowledgeable regarding the technological aspects of the CEC
6  array and the of array of FESS units (Accused Products) Beacon shipped to the New York State
7  Energy Research and Development Authority in Amsterdam, New York for demonstrating
8  frequency regulation (the "NYSERDA array").

9      8.    Kabir was employed by Beacon from January 1998 to July 2000, and Brackett was
10 employed by Beacon from May 1999 to June 2003.

11     9.    Michael Favaloro, David Hezzell, Sharad Moghe, and Ward Spears were present at
12 different meetings with Christopher Gabrys ("Gabrys"), current President of Arete, or were
13 knowledgeable about different aspects of dealings with Gabrys before the application for the
14 '489 Patent was filed.

15     I declare under penalty of perjury that the foregoing is true and correct to the best of my
16 knowledge, information and belief.

19     Executed in Tyngsboro, Massachusetts on January 23, 2008.

                      /s/ Richard Hockney_____
                      Richard Hockney

    As the attorney e-filing this document, and pursuant to General Order No. 45, I attest Richard Hockney has concurred in this filing.

                      /s/ Nathaniel Bruno_____
                      Nathaniel Bruno