Steven M. Cowley (MA Bar No. 554534) (pro hac vice)
David G. Conlin (MA Bar No. 094220) (pro hac vice)
Elizabeth Anderson Spinney (MA Bar No. 657848) (pro hac vice)
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Ave.
Boston, MA 02199
Telephone (617) 239-0100
Facsimile (617) 227-4420
scowley@eapdlaw.com
dconlin@eapdlaw.com
espinney@eapdlaw.com

Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
nsmith@smrh.com
nbruno@smrh.com

Attorneys for Defendant Beacon Power Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ARETE POWER, INC.,<br><br>            Plaintiff,<br><br>      vs.<br><br>BEACON POWER CORPORATION,<br><br>            Defendant. | **Case No. 07-5167 (WDB)**<br><br>**DECLARATION OF ELIZABETH A. SPINNEY** |

I, Elizabeth A. Spinney, state as follows:

   1.   I am counsel for Beacon Power Corporation ("Beacon") in the above captioned litigation.

   2.   I make this Declaration in support of Defendant's Reply to Plaintiff's Opposition to the Motion to Transfer Venue ("Reply").

---

1      3.    I certify that a true and correct copy of U.S. Patent No. 7,267,028 is attached to the Reply as Exhibit A.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

    Executed in Boston, Massachusetts on January 23, 2008.

                    /s/ Elizabeth A. Spinney_____
                    Elizabeth A. Spinney

    As the attorney e-filing this document, and pursuant to General Order No. 45, I attest Elizabeth A. Spinney has concurred in this filing.

                    /s/ Nathaniel Bruno_____
                    Nathaniel Bruno