MICHAEL E. DERGOSITS (State Bar No. 118206)
TEDDY K. JOE (State Bar No. 242589)
DERGOSITS & NOAH, L.L.P.
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383
Email: mdergosits@dergnoah.com
Email: tjoe@dergnoah.com

Edward W. Goldstein (TX Bar No. 08099500) (*Pro Hac Vice*)
Michael J. Collins (TX Bar No. 04614510) (*Pro Hac Vice*)
Jody M. Goldstein (TX Bar No. 24002153) (Of Counsel)
**Goldstein, Faucett & Prebeg, LLP**
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile
E-mail: egoldstein@gfpiplaw.com
E-mail: mcollins@gfpiplaw.com
E-mail: jgoldstein@gfpiplaw.com

Attorneys for Plaintiff Arete Power, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ARETE POWER, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BEACON POWER CORPORATION <br><br> Defendant. | **Case No. 07-5167 (WDB)** <br><br> **PLAINTIFF ARETE POWER, INC.'S FIRST SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |

1  Pursuant to Civil L.R. 3-16, Plaintiff Arete Power, Inc. ("Arete") supplements its
2  previous Certification of Interested Entities or Persons that was filed with its Complaint. The
3  undersigned certifies that the following listed persons, associations of persons, firms,
4  partnerships, corporations (including parent corporations) or other entities (i) have a financial
5  interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-
6  financial interest in that subject matter or in a party that could be substantially affected by the
7  outcome of this proceeding:

8      (a)  Dr. Christopher Gabrys – officer, director and shareholder of Arete
9      (b)  Timothy Rodgers - officer, director and shareholder of Arete
10     (c)  Michael Neary -  shareholder of Arete
11     (d)  Andrew Weber - shareholder of Arete
12     (e)  Kevin Rinderle - shareholder of Arete
13     (f)  Goldstein, Faucett & Prebeg L.L.P.

15  Dated: January 28, 2008                               DERGOSITS & NOAH LLP

/s/Edward W. Goldstein
Edward W. Goldstein (Pro Hac Vice)
Texas Bar No. 08099500
Michael J. Collins (Pro Hac Vice)
Texas Bar No. 04614510
Jody M. Goldstein (Of Counsel)
Texas Bar No. 24002153
**Goldstein, Faucett & Prebeg, LLP**
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile
E-mail: egoldstein@gfpiplaw.com
E-mail: mcollins@gfpiplaw.com
E-mail: jgoldstein@gfpiplaw.com