Steven M. Cowley (MA Bar No. 554534) (pro hac vice)
David G. Conlin (MA Bar No. 094220) (pro hac vice)
Elizabeth Anderson Spinney (MA Bar No. 657848) (pro hac vice)
Gail E. Abbey (Cal. Bar No. 248702)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Ave.
Boston, MA 02199
Telephone (617) 239-0100
Facsimile (617) 227-4420
scowley@eapdlaw.com
dconlin@eapdlaw.com
espinney@eapdlaw.com
gabbey@eapdlaw.com

Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
nsmith@smrh.com
nbruno@smrh.com

Attorneys for Defendant Beacon Power Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ARETE POWER, INC., <br><br> Plaintiff, <br> vs. <br><br> BEACON POWER CORPORATION, <br><br> Defendant. | Case No. 07-5167 (WDB) <br><br> NOTICE OF ERRATA REGARDING DEFENDANT'S MOTION TO TRANSFER VENUE (DOCKET NOS. 10 AND 33) <br><br> Honorable Wayne D. Brazil <br> United States Magistrate Judge <br><br> Hearing on Motion: 2/6/08 at 1:30 p.m. |

1  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR
2  COUNSEL OF RECORD:
3      On November 27, 2008, Defendant Beacon Power Corporation ("Beacon") filed
4  its MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S
5  MOTION TO TRANSFER VENUE ("Transfer Memorandum") (Docket No. 10).  Subsequently,
6  on January 23, 2008, Beacon filed its REPLY TO PLAINTIFF'S OPPOSITION TO THE
7  MOTION TO TRANSFER VENUE ("Reply") (Docket No. 33).  The text on page 6, line 4 of
8  the Transfer Memorandum and on page 2, line 7 of the Reply inadvertently refer to the "CEC" as
9  the Commission for Environmental Cooperation.  The appropriate commission to which Beacon
10  intended to refer and for which it used the acronym "CEC" is the California Energy Commission.
11  This errata has already been disclosed to Plaintiff in Defendant's Initial Disclosures.

1  Accordingly, the Court and parties should be informed that the commission referred to at page 6, line 4 of the Transfer Memorandum and at page 2, line 7 of Beacon's Reply, and throughout the Transfer Memorandum and Reply thereafter as "CEC," is the California Energy Commission.

Dated: February 1, 2008     DEFENDANT BEACON POWER CORPORATION

By its attorneys,

/s/ Nathaniel Bruno
Steven M. Cowley (MA Bar No. 554534) (pro hac vice)
David G. Conlin (MA Bar No. 094220) (pro hac vice)
Elizabeth A. Spinney (MA Bar No. 657848) (pro hac vice)
Gail E. Abbey (Cal. Bar No. 248702)
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Ave.
Boston, MA 02199
Telephone (617) 239-0100
Facsimile (617) 227-4420
scowley@eapdlaw.com
dconlin@eapdlaw.com
espinney@eapdlaw.com
gabbey@eapdlaw.com

Neil A. Smith, Cal. Bar No. 63777
Nathaniel Bruno, Cal. Bar No. 228118
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100
Facsimile (415) 434-3947
nsmith@smrh.com
nbnruno@smrh.com