1
2
3
4                      UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7     ARETE POWER, INC. .                    No. C 07-5167 WDB

8                  Plaintiff,                NOTICE CONTINUING HEARING ON
                                             DEFENDANT'S MOTION TO
9          v.                                TRANSFER VENUE AND CASE
                                             MANAGEMENT CONFERENCE
10    BEACON POWER CORPORATION

11                 Defendant.

12    _____/

13

14

15

16    TO ALL PARTIES AND COUNSEL OF RECORD:

17          You are hereby notified that the Hearing on Defendant's Motion to Transfer Venue and

18    the Initial Case Management Conference currently set for 1:30 p.m. on February 6, 2008, are

19    continued to 3:00 p.m. on that date.

20

21    Dated:  February 5, 2008

                                             Richard W. Wieking, Clerk
22                                           United States District Court

23

24                                           By:    Hera Kim
                                                    Law Clerk/Deputy Clerk
25

26

27

28