UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  February 6, 2008            Start Time:   3:01 p.m.   End Time:   3:54 p.m.

Courtroom 4

TITLE OF CASE:            *Arete Power, Inc. v. Beacon Power Corp.*

DOCKET #:                C 07-5167 WDB

ATTORNEY(S):
Plaintiff:            Michael Collins, Esq.; Michael Dergosits, Esq.

Defendant:            Steven Cowley, Esq.; Neil Smith, Esq.; David Conlin, Esq.

Court Reporter / Tape #:  Starr Wilson / FTR 2/6/2008 3:01 pm

Courtroom Deputy:   Hera Kim

**PROCEEDINGS**

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [] SETTLEMENT CONFERENCE (1ST) |
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [x] NONDISPOSITIVE MOTION (ORDER) | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (R&R) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [] OTHER | |

NOTES:

    Court heard oral argument re: Defendant's motion to transfer venue (docket no. 8).  Court will issue written order.

    Initial Case Management Conference vacated pending further order of the Court.

cc: stats