**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

March 10, 2008

United States District Court  
for the District of Massachusetts  
Attn: Clerk of Court  
1 Courthouse Way  
Boston, Massachusetts 02210

RE: CV 07-05167 WDB   <u>ARETE POWER INC.-v-BEACON POWER CORPORATION</u>

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☒ Original Transcripts (2).

☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,  
RICHARD W. WIEKING, Clerk

/s/

by: <u>Cynthia Lenahan</u>  
Case Systems Administrator

Enclosures  
Copies to counsel of record