UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530



March 10, 2008

United States District Court
for the District of Massachusetts
Attn: Clerk of Court
1 Courthouse Way
Boston, Massachusetts 02210

RE: CV 07-05167 WDB   <u>ARETE POWER INC.-v-BEACON POWER CORPORATION</u>

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original Transcripts (2).
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

/s/

by: <u>Cynthia Lenahan</u>
Case Systems Administrator

Enclosures
Copies to counsel of record

Rec'd by Christine Patch.
Assigned Civil Action No. 08-10418-JGD